UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CHRISANNE AUSTIN,

    Plaintiff,

    v.                                       Case No: 1:24-cv-00004-RLY-MG

EARLHAM COLLEGE,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, Chrisanne Austin, and Defendant Earlham College, by their respective counsels, hereby stipulate to the dismissal of all claims in this matter, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| *Julie C. Alexander* (with permission) | *Liberty L. Roberts* |
| Julie C. Alexander | Liberty L. Roberts |
| jalexander@jhaskinlaw.com | LRoberts@cchalaw.com |
| John H. Haskin | CHURCH CHURCH HITTLE + ANTRIM |
| jhaskin@jhaskinlaw.com | Two North Ninth Street |
| JOHN H. HASKIN & ASSOCIATES | Noblesville, IN 46060 |
| 255 North Alabama Street, Second Floor | *Attorney for Defendant* |
| Indianapolis, IN 46204 | |
| *Attorneys for Plaintiff* | |