UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CHRISANNE AUSTIN,

    Plaintiff,

v.                         Case No: 1:24-cv-00004-RLY-MG

EARLHAM COLLEGE,

    Defendant.

> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 1/03/2025

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Chrisanne Austin, and Defendant Earlham College, by their respective counsels, hereby stipulate to the dismissal of all claims in this matter, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| *Julie C. Alexander* (with permission) | *Liberty L. Roberts* |
| Julie C. Alexander | Liberty L. Roberts |
| jalexander@jhaskinlaw.com | LRoberts@cchalaw.com |
| John H. Haskin | CHURCH CHURCH HITTLE + ANTRIM |
| jhaskin@jhaskinlaw.com | Two North Ninth Street |
| JOHN H. HASKIN & ASSOCIATES | Noblesville, IN 46060 |
| 255 North Alabama Street, Second Floor | *Attorney for Defendant* |
| Indianapolis, IN 46204 | |
| *Attorneys for Plaintiff* | |